**DISMISS and Opinion Filed November 20, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-15-00785-CV
_____

**TALON TRANSACTION TECHNOLOGIES, INC., AN OKLAHOMA CORPORATION, DAVID GILLMAN, AND NEXPAY, INC., Appellants**

**V.**

**BAIN CONSULTING, LLC, A TEXAS LIMITED LIABILITY COMPANY, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03502**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

We abated this appeal July 2, 2015 due to bankruptcy. Asserting the underlying judgment was resolved in the bankruptcy proceedings and the bankruptcy proceedings have ended, appellants have filed an agreed motion to lift the abatement and dismiss the appeal.

Pursuant to Texas Rules of Appellate Procedure 8.3 and 42.1(a)(1), we grant the motion, reinstate, and dismiss the appeal. *See* TEX. R. APP. P. 8.3, 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

150785F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TALON TRANSACTION
TECHNOLOGIES, INC., AN
OKLAHOMA CORPORATION,
DAVID GILLMAN, AND
NEXPAY, INC., Appellants

No. 05-15-00785-CV        V.

BAIN CONSULTING, LLC, A
TEXAS LIMITED LIABILITY
COMPANY, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-13-03502.
Opinion delivered by Chief Justice
Burns, Justices Whitehill and Nowell
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Because the parties' agreed motion is silent as to costs, we **ORDER** appellee Bain Consulting, LLC, A Texas Limited Liability Company recover its costs, if any, of this appeal from appellant Talon Transaction Technologies, Inc., an Oklahoma Corporation, David Gillman, and Nexpay, Inc.

Judgment entered November 20, 2020

–3–